

Oct 1, 2013

STEVEN M. LARIMORE
CLERK U.S. DIST. CT.
S.D. OF FLA. - MIAMI

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO: 13-60245-CR-DIMITROULEAS/SNOW

50 U.S.C. § 1705

UNITED STATES OF AMERICA

vs.

PATRICK CAMPBELL,

        Defendant.
_____/

## INDICTMENT

The Grand Jury charges:

### GENERAL ALLEGATIONS

At all times material to this Indictment:

### The Statutes and Regulations

1. The President of the United States of America, by virtue of the International Emergency Economic Powers Act (IEEPA), Title 50, United States Code, Section 1701, et. seq., was granted authority to deal with unusual or extraordinary threats to the national security, foreign policy and economy of the United States.

2. Title 50, United States Code, Section 1705, of IEEPA makes it a federal offense for a person to violate, conspire to violate or cause a violation of any license, order, regulation or prohibition issued under that chapter.

3. On March 15, 1995, pursuant to IEEPA, the President issued Executive Order 12957 finding that the actions and policies of the Government of Iran constitute an unusual and extraordinary threat to the national security, foreign policy, and economy of the United States, and declared a national emergency to deal with that threat. Executive Order 12957 was expanded and

continued by Executive Orders 12959 and 13059.

4.  In order to implement the Executive Orders, the United States Department of the Treasury, through the Office of Foreign Assets Control, issued the Iranian Transactions and Sanctions Regulations, Title 31, Code of Federal Regulations, Part 560. These regulations prohibit, among other things, the exportation, reexportation, sale, or supply, directly or indirectly, from the United States or by a United States person, wherever located, of any goods, technology or services, to Iran or the Government of Iran, Title 31, Code of Federal Regulations, Section 560.204. For the purposes of the prohibitions in Section 560.204, the term services includes the performance of a brokering function by a United States person. Title 31, Code of Federal Regulations, Section 560.416.

6.  Any transaction within the United States or by any United States person that evades or avoids, or has the purpose of evading or avoiding, or attempts to violate any of the provisions in the Iranian Transactions and Sanctions Regulations is prohibited by Title 31, Code of Federal Regulations, Section 560.203.

7.  Title 31, Code of Federal Regulations, Section 560.314, defines "United States Person" as any United States citizen, permanent resident alien, entity organized under the laws of the United States (including foreign branches), or any person in the United States.

8.  In accordance with the Executive Orders issued by the President of the United States and the regulations issued by the Office of Foreign Assets Control, the exportation from the United States of any services to Iran or the Government of Iran without a license is prohibited. Executive Order 13059, dated August 19, 1997, and Title 31, Code of Federal Regulations, Sections 560.203 and 560.204.

## COUNT 1

1. Paragraphs 1 through 8 of the General Allegations above are restated and realleged as if fully set forth herein.

2. From on or about May 31, 2012 and continuing to on or about August 21, 2013, in Broward County, in the Southern District of Florida, and elsewhere, the defendant,

**PATRICK CAMPBELL,**

did knowingly and willfully attempt to cause the export of services, from the United States to Iran, in connection with the sale and supply of uranium to Iran, without first having obtained the required licenses and authorizations from the Office of Foreign Assets Control, United States Department of Treasury, in violation of Title 50, United States Code, Section 1705, and the Iranian Transaction Regulations, Title 31, Code of Federal Regulations, Sections 560.203 and 560.204.

A TRUE BILL

_____
FOREPERSON

_____
WIFREDO A. FERRER
UNITED STATES ATTORNEY

_____
MICHAEL WALLEISA
ASSISTANT UNITED STATES ATTORNEY

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA          CASE NO. _____

vs.

**PATRICK CAMPBELL,**              **CERTIFICATE OF TRIAL ATTORNEY***

               **Defendant.**
_____/   **Superseding Case Information:**

**Court Division**: (Select One)           New Defendant(s)         Yes ____   No ____
                                           Number of New Defendants       1
____ Miami  ____ Key West                  Total number of counts         1
_X_  FTL    ____ WPB    ____ FTP

    I do hereby certify that:

1. I have carefully considered the allegations of the indictment, the number of defendants, the number of probable witnesses and the legal complexities of the Indictment/Information attached hereto.

2. I am aware that the information supplied on this statement will be relied upon by the Judges of this Court in setting their calendars and scheduling criminal trials under the mandate of the Speedy Trial Act, Title 28 U.S.C. Section 3161.

3. Interpreter:(Yes or No)   NO  _____

   List language and/or dialect  _____

4. This case will take  _5_  days for the parties to try.

5. Please check appropriate category and type of offense listed below:

   (Check only one)                          (Check only one)

   I    0 to 5 days       _X_           Petty    ____
   II   6 to 10 days      ____          Minor    ____
   III  11 to 20 days     ____          Misdem.  ____
   IV   21 to 60 days     ____          Felony   _X_
   V    61 days and over  ____

6. Has this case been previously filed in this District Court? (Yes or No)  _NO_
   If yes:
   Judge: _____   Case No. _____
   (Attach copy of dispositive order)
   Has a complaint been filed in this matter?   (Yes or No) _____
   If yes:
   Magistrate Case No.                  13-6402-BSS
   Related Miscellaneous numbers:       _____
   Defendant(s) in federal custody as of  8/22/13
   Defendant(s) in state custody as of  _____
   Rule 20 from the _____       District of _____

   Is this a potential death penalty case? (Yes or No)   _NO_

7. Does this case originate from a matter pending in the Northern Region of the U.S. Attorney's Office prior to October 14, 2003?  ____ Yes  _X_ No

8. Does this case originate from a matter pending in the Central Region of the U.S. Attorney's Office prior to September 1, 2007?  ____ Yes  _X_ No

                                            _____
                                            MICHAEL WALLEISA
                                            ASSISTANT UNITED STATES ATTORNEY
                                            Florida Bar No./Court 539570

*Penalty Sheet(s) attached                                                    REV 4/8/08

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

PENALTY SHEET

**Defendant's Name:** **PATRICK CAMPBELL**

**Case No:** [Case Number]

Count #: 1

ATTEMPTING TO CAUSE THE EXPORT OF SERVICES TO IRAN

TITLE 50, UNITED STATES CODE, SECTION 1705

\* **Max. Penalty:**   20 years' imprisonment, $1,000,000 fine, 3 years' supervised release

Count #: 2

\***Max. Penalty:**

Count #: 3

\***Max. Penalty:**

Count #: 4

\***Max. Penalty:**

   \*Refers only to possible term of incarceration, does not include possible fines, restitution, special assessments, parole terms or forfeitures that may be applicable.